UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

DARREN GHOLSON (aka Taquan Robinson)  :  Case No. 07 Civ. 5894 (GBD)

        Plaintiff,

  -against-

:  JOINT STIPULATION
:  OF DISMISSAL WITHOUT
NEW YORK CITY DEPARTMENT OF CORRECTION,  :  PREJUDICE
CITY OF NEW YORK

        Defendants.
------------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, to this Joint Stipulation of Dismissal Without Prejudice, and that pursuant to Rule 41 of the Federal Rules of Civil Procedure, the claims of plaintiff Darren Gholson (aka Taquan Robinson) against defendant City of New York, in the above-entitled action are hereby dismissed without prejudice.

Dated: New York, New York
      November __, 2007

| | |
|---|---|
| **WINSTON B. ROUSE, ESQ.** | **MICHAEL A. CARDOZO**<br>**Corporation Counsel of the**<br>**City of New York** |
| By: _____<br>    Winston B. Rouse<br>901 Sheridan Avenue,<br>Bronx, New York 10451<br>(718) 588-7773 | By: _____<br>    Jordan M. Smith<br>100 Church Street, Room 3-141<br>New York, New York 10007<br>(212) 788-0869 |
| *Attorney for Plaintiff* | *Attorney for Defendant City of New York* |

**SO ORDERED**

_/s/ George B. Daniels_
HON. GEORGE B. DANIELS

JAN 0 3 2008