USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 0 3 2008

**SO ORDERED**

*George B. Daniels*

HON. GEORGE B. DANIELS

JAN 0 3 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DARREN GHOLSON (aka Taquan Robinson)  :   Case No. 07 Civ. 5894 (GBD)

        Plaintiff,

-against-

          :   NOTICE OF DISMISSAL

NEW YORK CITY DEPARTMENT OF CORRECTION,
CITY OF NEW YORK

        Defendants.
------------------------------------------------------------x

PLEASE TAKE NOTICE THAT, pursuant to Rule 41 of the Federal Rules of Civil Procedure, the claims of Plaintiff Darren Gholson (aka Taquan Robinson) against defendant New York City Department of Correction, in the above-entitled action, are hereby dismissed without prejudice.

Dated: New York, New York
      November 30, 2007

                                          **WINSTON B. ROUSE, ESQ.**

                                          By: _____
                                             Winston B. Rouse
                                             901 Sheridan Avenue,
                                             Bronx, New York 10451
                                             (718) 588-7773

                                             *Attorney for Plaintiff*